**FILED**
VANESSA L. ARMSTRONG, CLERK

JUN 23 2011

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

# United States District Court

| WESTERN | DISTRICT OF | KENTUCKY |
|---|---|---|
|  | PADUCAH |  |

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| V. |  |
| Jose LOPEZ | CASE NUMBER: 5:11MJ-223 |
| a/k/a "Marvin Vanegas" |  |
| A28 524 148 |  |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about June 9, 2011, in McCracken County, in the Western District of Kentucky, defendant, Jose LOPEZ, an alien of Mexico who had been previously arrested and removed from the United States pursuant to law on or about October 21, 1989, and on three occasions thereafter, did knowingly and unlawfully enter and was found in the United States at McCracken County, Kentucky, the said defendant having not obtained the consent of the Attorney General of the United States, or his successor, the Secretary of the Department of Homeland Security, for re-application by the defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

I further state that I am an Immigration Enforcement Agent of the United States of Immigration & Custom Enforcement and that this complaint is based on the following facts:

See Attached Affidavit of Immigration Enforcement Agent Joseph M. Phelps.

Continued on attached sheet and made a part hereof:  __X__ Yes  ___ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

06/23/11
Date

Dave Whalin
U.S. Magistrate Judge
Name and Title of Judicial Officer

at Louisville, Kentucky
City and State

_____
Signature of Judicial Officer

**Affidavit for Criminal Complaint**

My name is Joseph M. Phelps. I am an Immigration Enforcement Agent (IEA) of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) component assigned to the Louisville, Kentucky Office. I entered on duty in this position on August 4, 2008. Prior to my current assignment, I served as a U.S. Border Patrol Agent for approximately seven months assigned to the Laredo North, Laredo, Texas Border Patrol Station.

On June 9, 2011, the McCracken County, KY Police Department contacted the Louisville, Kentucky ICE office regarding a subject in custody for Public Alcohol Intoxication. The subject was telling police officers that he was a Mexican citizen who had previously been removed from the United States. Affiant filed an ICE detainer with the McCracken County Detention Center.

On June 10, 2011, Affiant interviewed the subject by telephone, who claimed to be "Mario Delgado," a citizen of the United States born in Texas. The subject provided a U.S. Social Security number of XXX-XX-6456, and he claimed that he had only told police officers that he was Mexican because he was inebriated. Criminal records checks in the Treasury Enforcement Communications System (TECS) on June 10 revealed that the subject at the jail had been previously removed to Mexico on at least four (4) occasions under different names and Alien Registration Numbers. The subject was taken into ICE custody on June 13, 2011.

During the processing procedure at the Louisville ICE office, which involved both the scanning of the subject's fingerprints through DHS' Automated Biometric Identification System (IDENT) and the FBI's Integrated Automated Fingerprint Identification System (IAFIS) databases; and entering the subject's FBI number into U.S. Citizenship and Immigration Service's Central Index System (CIS), the subject was positively identified as Jose LOPEZ, a man with five (5) previous Alien Registration Numbers. The files were ordered for consolidation, with the first removal file, A28 524 148, kept as the surviving file. LOPEZ was found to have a record of prior arrests in the United States. The following information was obtained from LOPEZ' immigration files and criminal records:

LOPEZ was arrested by the U.S. Border Patrol on or about March 11, 1989, and placed into removal proceedings as a citizen of Nicaragua under a/k/a "Fernando Escobar-Suarez." On or about May 30, 1989, at the Executive Office for Immigration Review (EOIR) at Phoenix, AZ, an Immigration Judge closed LOPEZ' case because he failed to appear for proceedings.

LOPEZ was arrested on or about October 4, 1989, by the Immigration and Naturalization Service at Bloomington, MN, and placed into removal proceedings after claiming to be a citizen of Mexico. On October 10, 1989, at the EOIR at Denver, CO, an Immigration Judge ordered LOPEZ removed to Mexico. He was removed

from the United States to Mexico on October 21, 1989, through the El Paso, TX Port of Entry.

On December 12, 1989, at the 3rd Circuit Court of Salt Lake City, UT, LOPEZ was found guilty of Attempted Burglary, in violation of UT statute 76-6-202(a). He received a 365-day sentence.

LOPEZ has five Alien Registration Numbers under five different names, with four of these representing removals to Mexico after LOPEZ claimed Mexican citizenship. Three of those removals occurred after the aforementioned felony conviction. LOPEZ has been arrested at least twenty-nine (29) times in eight different U.S. states, and he has used multiple names, dates of birth, and U.S. Social Security Numbers.

On June 14, 2011, at the Louisville, KY ICE office, LOPEZ was read his rights and opted to provide a sworn statement without legal counsel present. LOPEZ now claims that his true name is Marvin Andres Vanegas-Gonzales," and that he is a citizen of Nicaragua. He claimed that he has never sought permission to make a lawful entry into the U.S. after being deported.

Review of LOPEZ' immigration files revealed no application for permission from the Attorney General of the United States to re-enter the United States following his removal. A Certificate of Nonexistence of Record has been requested from Citizenship and Immigration Services (CIS).

Based on the above information, Affiant believes that Jose LOPEZ (A28 524 148), AKA "Marvin Vanegas-Gonzales," is an alien who has been found in the United States in the Western District of KY in violation of Title 8 of the United States Code, Section 1326(a) and (b)(2) to wit: re-entry of an alien previously removed or deported from the United States subsequent to the conviction of a crime designated as an aggravated felony.

Joseph M. Phelps
Immigration Enforcement Agent
Immigration & Customs Enforcement
Louisville, Kentucky


Sworn to before me this 23rd day of June, 2011.

Dave Whalin
United States Magistrate Judge